IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANK IACCINO, et al., | |
| Plaintiffs, | No. CIV S-12-1893 KJM DAD |
| v. | |
| USPLABS, LLC, et al., | ORDER |
| Defendants. | |

Defendants have moved for a stay of these proceedings pending judicial approval of a nationwide class action settlement in *Hogan, et al. v. USPlabs, LLC*, BC 486925, Los Angeles County Superior Court which, defendants contend, raises the issues presented in the instant complaint. Plaintiffs have filed a statement of non-opposition to the motion.

IT IS THEREFORE ORDERED that:

1. Defendants' motion to stay (ECF No. 11) is granted;

2. Joint status reports are due every ninety days, reporting on the progress of the *Hogan* settlement, until it is concluded; and

3. Defendants are directed to file a motion to lift the stay within thirty days of the conclusion of the *Hogan* proceedings.

DATED: October 15, 2012.

_____
UNITED STATES DISTRICT JUDGE

1